UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-61788-CIV-JORDAN

| | |
|---|---|
| JUDITH HALL, | ) |
|     Plaintiff | ) ) |
| vs. | ) |
| INSURANCE REPAIR SPECIALIST, INC., et al., | ) ) ) |
|     Defendants | ) ) |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE**

Upon review of the settlement agreement in this case, the agreement is hereby approved.

Pursuant to the parties' joint stipulation of dismissal with prejudice, this case is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees. All pending motions are denied as moot, and this case is CLOSED.

I will retain jurisdiction to enforce the settlement agreement.

DONE and ORDERED in chambers in Miami, Florida, this 13th day of March, 2008.

_____
Adalberto Jordán
United States District Judge

Copy to:     All counsel of record